UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TALESHA VANIQUE MORGAN | CIVIL ACTION |
| VERSUS | NO. 22-1085 |
| KILOLO KIJAKAZI,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION | SECTION: "G"(1) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant Kilolo Kijakazi's motion for summary judgment[1] is **DENIED** and Plaintiff Talesha Vanique Morgan's motion for summary judgment[2] is **GRANTED**. The decision of the Commissioner is reversed, and disability insurance benefits shall be awarded to Ms. Morgan.

**NEW ORLEANS, LOUISIANA,** this  14th   day of June, 2023.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 12.

[2] Rec. Doc. 9.